Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Clarifai Visual Search ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., backpack, chairs, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as backpack, chairs, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image by using Artificial Intelligence. Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br><br><br>February 7, 2022<br><br>**Visual Search AI For Smart Product Discovery**<br><br>https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery |

This is product discovery powered by visual search, and it's opening a whole new way for retail to make sales in otherwise unlikely situations.

Visual search typically starts with a person pointing their mobile phone's camera at a specific object in the real world. It then uses image processing and machine learning to find relevant search results without any text involved. Visual search is constantly improving as a result of AI technology and allows users to discover new products without even knowing what they are looking for.

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery





### Product similarity search

Make it easy for customers to search for products by image or photo instead of keywords. Showcase similar products to increase their likelihood of purchasing.

### Snap and search

Connect customers to exactly what they're looking for by using a photo. Match an image to your product catalog to help them find products on the spot.

https://www.clarifai.com/campaigns/visual-search



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., backpack, chairs, etc.).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is used by the accused product to search across |

product catalog and present similar products to the user.





**Product similarity search**

Make it easy for customers to search for products by image or photo instead of keywords. Showcase similar products to increase their likelihood of purchasing.

**Snap and search**

Connect customers to exactly what they're looking for by using a photo. Match an image to your product catalog to help them find products on the spot.

https://www.clarifai.com/campaigns/visual-search



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery

| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification device at the object; | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to capture and search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., backpack, chairs, etc.).<br><br>As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a backpack, etc.), and clicks on a snap button, an image of the pointed-at object is clicked. The object is then identified by the accused product (by using Artificial Intelligence) and searched across product catalog. Similar products are then identified and presented to the user. |



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification device at the object and actuates the at least one actuation means; | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., backpack, chairs, etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., backpack, chairs, etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object). <br><br> As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as a backpack, chairs, etc.), and clicks on a search button, an image of the pointed-at object is clicked. The object is then identified by the accused application (by using Artificial Intelligence) and searched across product catalog. Similar products are then identified and presented to the user. |



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



communication device

digital image

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



actuation means

| | https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery |
|---|---|
| and a communication device for communicating the digital image to a different location when the user actuates the at least one actuation means; | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Clarifai server) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. The user scans a new object image. This image is searched by the accused product across product catalog located at Clarifai's server (e.g., different location), to identify and present similar products to the user.<br><br> |

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery

| | |
|---|---|
| | 15.10.3. <u>License Grant to Us.</u> You grant to us and our successors and assigns a non-exclusive, worldwide, perpetual, and irrevocable right to use, reproduce, store, archive, parse, publish, perform and display your Community Content (in each case, as applicable,) in order to provide the Clarifai Community and to develop and improve the Services, the Clarifai Community and Our Technology. The license includes the right to make copies and backups, display your Community Content to other users (consistent with the permissions on your repository), parse it into a search index or otherwise analyze it on our servers and , share it with other users., and perform it. This license does not grant Clarifai the right to sell your Community Content or otherwise distribute your Community Content outside of our provision of the Clarifai Community and the Services.<br><br>16.12. "**Websites**" means our Clarifai owned or operated websites such as clarifai.com.<br><br>16.13. "**Your Content**" means data, images, video, audio, text, content, code or other materials of any type that you transfer, upload, submit or otherwise make available to us for processing, sharing with third parties, storage, hosting or use with the Services.<br><br>https://www.clarifai.com/company/terms |
| (b) communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Clarifai server).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search across product catalog located at Clarifai's server (e.g., different location). Similar products are then identified and presented to the user. |



[https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery](https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery)

15.10.3. <u>License Grant to Us.</u> You grant to us and our successors and assigns a non-exclusive, worldwide, perpetual, and irrevocable right to use, reproduce, store, archive, parse, publish, perform and display your Community Content (in each case, as applicable,) in order to provide the Clarifai Community and to develop and improve the Services, the Clarifai Community and Our Technology. The license includes the right to make copies and backups, display your Community Content to other users (consistent with the permissions on your repository), parse it into a search index or otherwise analyze it on our servers and , share it with other users., and perform it. This license does not grant Clarifai the right to sell your Community Content or otherwise distribute your Community Content outside of our provision of the Clarifai Community and the Services.

16.12. "**Websites**" means our Clarifai owned or operated websites such as clarifai.com.

16.13. "**Your Content**" means data, images, video, audio, text, content, code or other materials of any type that you transfer, upload, submit or otherwise make available to us for processing, sharing with third parties, storage, hosting or use with the Services.

| | https://www.clarifai.com/company/terms |
|---|---|
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Clarifai server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed using Artificial Intelligence to identify the object in the image. The object is then searched by the accused product across product catalog located at Clarifai's server (e.g., different location). Products similar to the object in the image are identified and presented to the user. The user can thereafter view and buy these products.<br><br> |

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



list of likely pointed-to objects

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery





### Product similarity search

Make it easy for customers to search for products by image or photo instead of keywords. Showcase similar products to increase their likelihood of purchasing.

### Snap and search

Connect customers to exactly what they're looking for by using a photo. Match an image to your product catalog to help them find products on the spot.

https://www.clarifai.com/campaigns/visual-search

| | |
|---|---|
| | 15.10.3. <u>License Grant to Us.</u> You grant to us and our successors and assigns a non-exclusive, worldwide, perpetual, and irrevocable right to use, reproduce, store, archive, parse, publish, perform and display your Community Content (in each case, as applicable,) in order to provide the Clarifai Community and to develop and improve the Services, the Clarifai Community and Our Technology. The license includes the right to make copies and backups, display your Community Content to other users (consistent with the permissions on your repository), parse it into a search index or otherwise analyze it on our servers and , share it with other users., and perform it. This license does not grant Clarifai the right to sell your Community Content or otherwise distribute your Community Content outside of our provision of the Clarifai Community and the Services. |
| | 16.12. "**Websites**" means our Clarifai owned or operated websites such as clarifai.com. |
| | 16.13. "**Your Content**" means data, images, video, audio, text, content, code or other materials of any type that you transfer, upload, submit or otherwise make available to us for processing, sharing with third parties, storage, hosting or use with the Services. |
| | https://www.clarifai.com/company/terms |
| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image). <br><br> As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product, by scanning a new object, a digital image of object is taken. This image is analysed using Artificial Intelligence to identify the object in the image. The object is then searched by the accused product across product catalog. Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products. |



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery





### Product similarity search

Make it easy for customers to search for products by image or photo instead of keywords. Showcase similar products to increase their likelihood of purchasing.

### Snap and search

Connect customers to exactly what they're looking for by using a photo. Match an image to your product catalog to help them find products on the spot.

https://www.clarifai.com/campaigns/visual-search



select one of the likely pointed-to objects

https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery

| | |
|---|---|
| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of | The accused product practices - wherein the object (e.g., backpack, chairs, etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect and identify objects such as a backpack, chairs, etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product (by using Artificial Intelligence) to identify objects. Among multiple objects (e.g., backpack, chairs, etc.) identified in the image, the user can select to search for a specific object (e.g., backpack). Products similar to the selected object are then searched across product catalog. These products are then presented to the user to view and buy. |

| objects in space | |
|---|---|
| | This is product discovery powered by visual search, and it's opening a whole new way for retail to make sales in otherwise unlikely situations. |
| | Visual search typically starts with a person pointing their mobile phone's camera at a specific object in the real world. It then uses image processing and machine learning to find relevant search results without any text involved. Visual search is constantly improving as a result of AI technology and allows users to discover new products without even knowing what they are looking for.<br><br>https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery |



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery



https://www.clarifai.com/blog/visual-search-ai-for-smart-product-discovery





### Product similarity search

Make it easy for customers to search for products by image or photo instead of keywords. Showcase similar products to increase their likelihood of purchasing.

### Snap and search

Connect customers to exactly what they're looking for by using a photo. Match an image to your product catalog to help them find products on the spot.

https://www.clarifai.com/campaigns/visual-search